# EXHIBIT A

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | PANISH \| SHEA \| BOYLE \| RAVIPUDI LLP<br>ROBERT S. GLASSMAN, State Bar No. 269816<br>  *rglassman@psbr.law*<br>JONATHAN H. DAVIDI, State Bar No. 323761<br>  *jdavidi@psbr.law*<br>11111 Santa Monica Boulevard, Suite 700<br>Los Angeles, California 90025<br>Telephone: 310.477.1700<br>Facsimile: 310.477.1699 |

Electronically FILED by Superior Court of California, County of Los Angeles 8/08/2023 1:05 PM David W. Slayton, Executive Officer/Clerk of Court, By J. Williams, Deputy Clerk

KOHAN-SEDGH LAW FIRM
SASAN KOHAN, State Bar No. 205464
  *samslaw6@gmail.com*
12121 Wilshire Boulevard, Suite 1111
Los Angeles, California 90025
Telephone: 310.954.8888
Facsimile: 310.954.8880

Attorneys for Plaintiffs

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES, SOUTHWEST DISTRICT**

| | |
|---|---|
| LI ZHANG, an Individual;<br>CHIA JOU LEE, an Individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MENZIES AVIATION (USA) INC., a Corporation and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | Case No. 23TRCV02576<br><br>**COMPLAINT FOR DAMAGES:**<br><br>　1.　**NEGLIGENCE**<br>　2.　**LOSS OF CONSORTIUM**<br><br>**DEMAND FOR JURY TRIAL** |

COME NOW Plaintiffs, LI ZHANG, an Individual, and CHIA JOU LEE, an Individual, hereafter referred to as ("Plaintiffs") for causes of action against Defendants, MENZIES AVIATION (USA) INC., and DOES 1 through 50, who complain and allege as follows:

**GENERAL ALLEGATIONS**

1. On the morning of May 10, 2022, Plaintiff Li Zhang attempted to lock a container when a heavy materials dropped from a forklift onto his finger, causing Plaintiff to undergo a

1

1  surgical amputation.

2      2.    Plaintiff Zhang was a truck driver picking up a load of materials from Menzies Aviation (USA) Inc. ("Menzies Aviation") in Los Angeles, California. Plaintiff arrived at Menzies, reversed his trailer into the loading dock, and prepared to receive the shipment.

    3.    DOE 1, a Menzies Aviation employee, began loading materials into the trailer with a forklift. When DOE 1 was nearly finished loading the materials into the trailer, Plaintiff entered the trailer to securely lock the materials into place. Plaintiff requested DOE 1 lift the materials with his forklift so that Plaintiff can lock the materials into place. DOE 1 was supposed to wait for Plaintiff's signal before lowering the heavy materials. Instead, DOE 1 dropped the heavy materials onto Plaintiff's finger and caused Plaintiff's injuries.

    4.    Plaintiff Zhang was critically injured and required amputation of his right index finger.

    5.    Plaintiffs are informed and believes, and thereon alleges, that at all times herein mentioned, Defendant, MENZIES AVIATION, and DOES 1 through 50, inclusive, owned, leased, managed, maintained, controlled, entrusted, and operated the premises and machinery.

    6.    Plaintiff Li Zhang, at all times relevant herein, was a resident of El Monte, California.

    7.    Plaintiff Chia Jou Lee, at all times relevant herein, was a resident of El Monte, California, and was the lawful spouse of Plaintiff Li Zhang.

    8.    Plaintiffs are informed and believe, and thereon allege, that Defendant Menzies Aviation is a California business entity authorized to do, and is doing, business in the State of California. Menzies Aviation is located in Los Angeles, California.

    9.    The true names and capacities, whether individual, plural, corporate, partnership, associate, or otherwise, of DOES 1 through 50, Inclusive, are unknown to Plaintiffs who therefore sue said Defendants by such fictitious names. The full extent of the facts linking such fictitiously sued Defendants is unknown to Plaintiffs. Plaintiffs are informed and believe, and thereon allege, that each of the Defendants designated herein as a DOE was, and is, negligent, or in some other actionable manner, responsible for the events and happenings hereinafter referred to, and thereby

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

1 negligently, or in some other actionable manner, legally and proximately caused the hereinafter
2 described injuries and damages to Plaintiffs. Plaintiffs will hereafter seek leave of the Court to
3 amend this Complaint to show the Defendants' true names and capacities after the same have been
4 ascertained.

5     10.    Plaintiffs are informed and believes, and thereon alleges, that at all times
6 mentioned herein, Defendants, and each of them, including DOES 1 through 50, Inclusive, and
7 each of them, were agents, servants, employees, successors in interest, and/or joint venturers of
8 their co-Defendants, and were, as such, acting within the course, scope, and authority of said
9 agency, employment, and/or venture, and that each and every Defendant, as aforesaid, when
10 acting as a principal, was negligent in the selection and hiring of each and every other defendant
11 as an agent, servant, employee, successor in interest, and/or joint venturer.

## FIRST CAUSE OF ACTION

**(Negligence by Plaintiff LI ZHANG Against All Defendants)**

14     11.    Plaintiff re-alleges and incorporates herein by reference each and every allegation
15 and statement contained in the prior paragraphs.

16     12.    Defendants MENZIES AVIATION, and DOES 1 through 50, inclusive, owed a
17 duty of care to all reasonably foreseeable people, including Plaintiff LI ZHANG, to own, lease,
18 manage, maintain, control, entrust and operate the subject forklift in a reasonable manner.

19     13.    At all times mentioned herein, Defendants MENZIES AVIATION and DOES 1
20 through 50, inclusive, carelessly, negligently, and recklessly owned, leased, managed, maintained,
21 controlled, entrusted, and operated the subject forklift so as to directly, legally, and proximately
22 cause materials to drop from the subject forklift and onto Plaintiff LI ZHANG's person.

23     14.    Defendants MENZIES AVIATION, and DOES 1 through 50, inclusive, through
24 their careless, negligent, reckless and unlawful conduct in regards to the ownership, lease,
25 management, maintenance, control, entrustment and operation of the subject forklift were each of
26 them the direct, legal and proximate cause of the injuries and damages to Plaintiff LI ZHANG as
27 herein alleged.

28     15.    As a direct and proximate result of the aforementioned conduct of Defendants

MENZIES AVIATION, and DOES 1 through 50, inclusive, Plaintiff LI ZHANG suffered catastrophic, life-altering injuries to their health, strength, and activity. Plaintiff LI ZHANG's injuries have caused, and continue to cause, great physical, mental, and nervous pain and suffering. Plaintiff is further informed and believes, and thereon alleges that the general damages to said injuries will result in an amount which will be stated according to proof, pursuant to California Code of Civil Procedure Section 425.10.

16. As a direct and proximate result of the aforementioned conduct Defendants MENZIES AVIATION, and DOES 1 through 50, inclusive, Plaintiff LI ZHANG employed the services of hospitals, physicians, surgeons, nurses, and the like to care for and treat Plaintiff LI ZHANG, and hospital, medical, professional, and incidental expenses were incurred, of which the exact amount will be stated according to proof, pursuant to California Code of Civil Procedure Section 425.10.

17. As a direct and proximate result of the aforementioned conduct of Defendants MENZIES AVIATION, and DOES 1 through 50, inclusive, Plaintiff LI ZHANG has incurred economic losses in an amount to be stated according to proof.

18. As a direct and proximate result of the aforementioned conduct of Defendants MENZIES AVIATION, and DOES 1 through 50, inclusive, Plaintiff LI ZHANG suffered lost earnings, earning capacity, and property damages, the exact amount of such losses to be stated according to proof, pursuant to California Code of Civil Procedure Section 425.10.

**SECOND CAUSE OF ACTION**

**(Loss of Consortium by Plaintiff CHIA JOU LEE Against All Defendants)**

1. Plaintiff re-alleges and incorporate herein by reference each and every allegation and statement contained in the prior paragraphs.

2. Plaintiff LI ZHANG is, and at all relevant times was, the legal spouse of Plaintiff CHIA JOU LEE.

3. As a direct and proximate result of Defendants MENZIES AVIATION and DOES 1 through 50, inclusive, negligent conduct as alleged herein, Plaintiff CHIA JOU LEE's spouse suffered severe injury that is permanent in nature and debilitating.

4. Before suffering these injuries, Plaintiff CHIA JOU LEE's spouse was able to and did perform the duties of a husband, including assisting in maintaining the home, and providing love, companionship, affection, society, sexual relations, moral support, and solace to Plaintiff CHIA JOU LEE.

19. As a direct and proximate result of Defendants MENZIES AVIATION and DOES 1 through 50, inclusive, negligent conduct as alleged herein and Plaintiff LI ZHANG's injuries, Plaintiff CHIA JOU LEE's spouse has been unable to perform the duties of a husband. Because of the permanent nature his injuries, Plaintiff CHIA JOU LEE is informed and believes that her spouse will be unable to perform these duties in the future. As a result, Plaintiff CHIA JOU LEE has incurred and will continue to incur special and general damages. The exact amount of such losses will be stated according to proof pursuance to California *Code of Civil Procedure*, Section 425.10.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs LI ZHANG and CHIA JOU LEE pray judgment against Defendants MENZIES AVIATION, and DOES 1 through 50 as follows:

1. For general damages (also known as non-economic damages), including but not limited to, past and future pain and suffering for the physical, mental, and emotional distress damages suffered by Plaintiffs, in an amount in excess of the jurisdictional minimum, according to proof against Defendants;

2. For special damages (also known as economic damages), including but not limited to past and future hospital, medical, professional, and incidental expenses as well as past and future loss of earnings, loss of opportunity, and loss of earning capacity, in excess of the jurisdictional minimum, according to proof against Defendants;

3. For hospital, medical, professional, and incidental expenses suffered by Plaintiff, according to proof against Defendants;

4. For prejudgment interest, according to proof;

5. For pre-trial interest, according to proof; and

6. For such other and further relief as this Court may deem just and proper against

5
COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

Defendant.

7. As to Plaintiff CHIA JOU LEE, for general damages for loss of love, affection, care, society, service, comfort, support, right to support, companionship, solace or moral support, expectations of future support and counseling, and in the case of Plaintiff CHIA JOU LEE, all to her respective non-economic damages, as well as other benefits and assistance of Plaintiff LI ZHANG, which will be stated according to proof, and beyond the jurisdictional minimum of this Court; in a sum within the jurisdiction of this Court and which will be established according to proof at trial.

DATED: August 7, 2023        PANISH | SHEA | BOYLE | RAVIPUDI LLP

By: _____
Robert S. Glassman
Jonathan H. Davidi
Attorneys for Plaintiffs

### DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury as to all causes of action.

DATED: August 7, 2023        PANISH | SHEA | BOYLE | RAVIPUDI LLP

By: _____
Robert S. Glassman
Jonathan H. Davidi
Attorneys for Plaintiffs