

1  Jennifer J. Johnston (State Bar No.: 125737)
   Email: jjohnston@condonlaw.com
2  Justin M. Schmidt (State Bar No.: 309656)
   Email: jschmidt@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 1050
4  Los Angeles, California 90067
   Telephone: (310) 557-2030
5  Facsimile:  (310) 557-1299

6  Attorneys for Defendant
   MENZIES AVIATION (USA) INC.
7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 LI ZHANG, an Individual;                  )  Case No.
   CHIA JOU LEE, an Individual,              )
12                                           )  **NOTICE OF INTERESTED**
              Plaintiff,                     )  **PARTIES OF DEFENDANT**
13                                           )  **MENZIES AVIATION (USA) INC.**
         vs.                                 )
14                                           )
   MENZIES AVIATION (USA) INC., a            )
15 Corporation and DOES 1 through 50,        )
   Inclusive,                                )
16                                           )
              Defendants.                    )
17                                           )
                                             )
18 _____    )

19 TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

20 CENTRAL DISTRICT OF CALIFORNIA:

21               <u>CERTIFICATION AS TO INTERESTED PARTIES</u>

22         Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for

23 defendant Menzies Aviation (USA) Inc., certifies that the following listed parties

24 may have a pecuniary interest in the outcome of this case.  These representations

25 are made to enable the Court to evaluate possible disqualification or recusal.

26         1.    Menzies Aviation (USA) Inc. – defendant;

27         2.    John Menzies plc – parent company of defendant; and

28         3.    Various insurance underwriters in the international insurance market

lead by Global Aerospace.

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure defendant Menzies Aviation (USA) Inc. states that John Menzies plc is its parent company and that no publicly held company owns 10% or more of its stock.

    Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure defendant Menzies Aviation (USA) Inc. states that it is a corporation that has been organized and is existing under the laws of the State of Delaware with its principal place of business located in Fort Worth, Texas.

Dated: September 12, 2023　　　　　　　　　CONDON & FORSYTH LLP

By: _____
JENNIFER J. JOHNSTON
JUSTIN M. SCHMIDT
Attorneys for Defendant
MENZIES AVIATION (USA) INC.

NOTICE OF INTERESTED PARTIES OF MENZIES AVIATION (USA) INC.　　- 2 -