Jennifer J. Johnston (State Bar No.: 125737)
Email: jjohnston@condonlaw.com
Justin M. Schmidt (State Bar No.: 309656)
Email: jschmidt@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299

Attorneys for Defendant
MENZIES AVIATION (USA) INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI ZHANG, an Individual;<br>CHIA JOU LEE, an Individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MENZIES AVIATION (USA) INC., a Corporation and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-7585<br><br>**NOTICE OF ERRATA OF DEFENDANT MENZIES AVIATION (USA) INC.** |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

　　　　PLEASE TAKE NOTICE that Document 1, Notice of Removal, e-filed on September 12, 2023, in this case, was mistakenly filed omitting the attorney signature.  Attorney for Defendant Menzies Aviation (USA) Inc. hereby submits this errata and refiles the Notice of Removal affixing the attorney signature.

| | | |
|---|---|---|
| 1 | Dated: September 12, 2023 | CONDON & FORSYTH LLP |
| 2 | | |
| 3 | | By: /s/ *Jennifer J. Johnston* |
| 4 | | JENNIFER J. JOHNSTON<br>JUSTIN M. SCHMIDT |
| 5 | | Attorneys for Defendant<br>MENZIES AVIATION (USA) INC. |