Jennifer J. Johnston (State Bar No.: 125737)
Email: jjohnston@condonlaw.com
Justin M. Schmidt (State Bar No.: 309656)
Email: jschmidt@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

Attorneys for Defendant
MENZIES AVIATION (USA) INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI ZHANG, an Individual;<br>CHIA JOU LEE, an Individual,<br><br>            Plaintiff,<br><br>    vs.<br><br>MENZIES AVIATION (USA) INC., a Corporation and DOES 1 through 50, Inclusive,<br><br>            Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441 ON THE GROUNDS OF DIVERSITY OF CITIZENSHIP UNDER 28 U.S.C. § 1332** |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

  Defendant Menzies Aviation (USA) Inc. (hereinafter "Menzies"), by and through its attorneys of record, Condon & Forsyth LLP, hereby removes this pending action from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California on the following grounds:

  1. On August 8, 2023, there was filed in the Superior Court of the State of California for the County of Los Angeles the attached Complaint bearing Case No.: 23TRCV02576 in the records and files of that court. A true and correct copy

of the Complaint filed in the state court is attached as Exhibit "A.".

2.    Menzies was served with copies of the Summons and Complaint on August 14, 2023, via its registered agent for service, CSC Lawyers Incorporating Service. Thus, the thirty (30) day time period for removal provided in 28 U.S.C. § 1446(b) has not yet elapsed.

3.    This is a civil action by plaintiffs Li Zhang and Chia Jou Lee (hereinafter referred to as "Plaintiffs") against Menzies seeking damages for personal injuries plaintiff Li Zhang claims he sustained on May 10, 2022, when he attempted to lock a container in his truck trailer and a heavy material allegedly dropped from a forklift onto his finger, causing him to undergo a surgical amputation of his right index finger (the "Incident"). *See* Plaintiff's Complaint ["Compl."], Ex. A, pp. 1-2, ¶¶ 1-4. Plaintiff Chia Jou Lee alleges she is the lawful spouse of plaintiff Li Zhang and is alleging a loss of consortium claim. *Id.* pp. 4-5, ¶¶ 2-4 [sic] and 19.

4.    This is a civil action over which this Court has original jurisdiction based on the existence of diversity of citizenship between the parties pursuant to 28 U.S.C. § 1332, and is one which may be removed to this Court by Menzies pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of a State and a citizen of a different State.

5.    Plaintiffs Li Zhang and Chia Jou Lee are residents and citizens of the State of California for the purposes of 28 U.S.C. § 1332. *See* Compl., Ex. A, p. 2, ¶¶ 6-7.

6.    Menzies is not now and never has been a resident or citizen of the State of California. Menzies is now and was at all times relevant to this action a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located in Fort Worth, Texas.

7. Defendants identified as "DOES 1 through 50" in Plaintiffs' Complaint are merely fictitious parties against whom no cause of action can be validly alleged. To the best of Menzies' information and belief, no fictitiously designated defendant has been served with process. The citizenship of defendants sued under fictitious names, therefore, must be disregarded pursuant to 28 U.S.C. § 1441(b)(1).

8. Plaintiffs allege damages for personal injury and loss of consortium against Menzies. *See* Compl., Ex. A. Because § 425.10 (b) of the California Code of Civil Procedure prevents a plaintiff in an action for personal injury from claiming a specific dollar amount of actual damages in the complaint, Plaintiffs' Complaint does not specify the amount of damages they attribute to any personal injury.

9. However, the failure of the complaint to allege the total amount of monetary relief sought by Plaintiffs does not deprive this Court of jurisdiction. *See e.g., White v. JC Penny Life Ins. Co*., 861 F. Supp. 25, 26 (S.D. W. Va. 1994). Menzies need only establish by a preponderance of the evidence that Plaintiffs' claims exceed the jurisdictional minimum (*see Sanchez v. Monumental Life Ins, Co*., 102 F. 3d 398, 404 (9th Cir. 1996)), and for purposes of considering the amount at issue, the Court must presume that Plaintiffs will prevail on each and every one of their claims. *See Snyder v. Harris*, 394 U.S. 332, 225 (1969).

10. The preponderance of the evidence here establishes that Plaintiffs are seeking damages in excess of $75,000. Plaintiffs allege that, as a result of the Incident, plaintiff Li Zhang suffered catastrophic, life-altering injuries and the injuries have caused, and continue to cause, great physical, mental, and nervous pain and suffering. *See* Compl., Ex. A. pp. 3-4, ¶ 15. Plaintiff Li Zhang also alleges that as a result of the Incident, he employed the services of hospitals, physicians, surgeons, nurses and the like to care for and treat him, and hospital, medical, professional, and incidental expenses were incurred. *Id* at p. 4, ¶ 16.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

1  Plaintiff Li Zhang further alleges that he has incurred economic losses and lost
2  earnings, earning capacity, and property damage. *Id at* p. 4, ¶¶ 17-18.  In addition,
3  plaintiff Chia Jou Lee is alleging that, as a result of plaintiff Li Zhang's injuries, he
4  has been unable to perform the duties of a husband and will be unable to perform
5  these duties in the future. *Id at* p. 5, ¶ 19.

6      11.    Accordingly, this action may be removed to this Court pursuant to the
7  provisions of 28 U.S.C. § 1332, as there is complete diversity of citizenship
8  between the parties and the matter in controversy exceeds the sum or value of
9  $75,000, exclusive of interest and costs.

10      WHEREFORE, defendant Menzies prays that the above-entitled action now
11  pending in the Superior Court of California for the County of Los Angeles, be
12  removed to this Court.

14  Dated: September 13, 2023          CONDON & FORSYTH LLP

16                                            By:  /s/ *Jennifer J. Johnston*
                                                  JENNIFER J. JOHNSTON
17                                                  JUSTIN M. SCHMIDT
                                                  Attorneys for Defendant
18                                                  MENZIES AVIATION (USA) INC.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO
28 U.S.C. § 1441 ON THE GROUNDS OF DIVERSITY OF
CITIZENSHIP UNDER 28 U.S.C. § 1332
- 4 -