| | |
|---|---|
| 1 | Jennifer J. Johnston (State Bar No.: 125737) |
| | Email: jjohnston@condonlaw.com |
| 2 | Justin M. Schmidt (State Bar No.: 309656) |
| | Email: jschmidt@condonlaw.com |
| 3 | CONDON & FORSYTH LLP |
| | 1901 Avenue of the Stars, Suite 1050 |
| 4 | Los Angeles, California 90067 |
| | Telephone: (310) 557-2030 |
| 5 | Facsimile:  (310) 557-1299 |

Attorneys for Defendant
MENZIES AVIATION (USA) INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI ZHANG, an Individual; CHIA JOU LEE, an Individual, | Case No. 2:23-cv-07585 |
| Plaintiff, | **NOTICE OF FILING OF STATE COURT FILE FOLLOWING REMOVAL OF CIVIL ACTION PURSANT TO 28 U.S.C. SECTION 1441 ON THE GROUNDS OF DIVERSITY OF CITIZENSHIP UNDER 28 U.S.C. SECTION 1332** |
| vs. | |
| MENZIES AVIATION (USA) INC., a Corporation and DOES 1 through 50, Inclusive, | |
| Defendants. | |

TO THE CLERK OF THE COURT AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT on September 12, 2023, Defendant Menzies Aviation (USA) Inc. filed its Notice of Removal of Civil Action Pursuant to 28 U.S.C. Section 1441 on the Grounds of Diversity of Citizenship Under 28 U.S.C. Section 1332.  Attached for the Court's file are all documents filed in the Superior Court of the State of California for the County of Los Angeles prior to the filing of the Notice of Removal.

|  |  |
|---|---|
| Dated: September 13, 2023 | CONDON & FORSYTH LLP |
|  | By: /s/ *Jennifer J. Johnston* |
|  | JENNIFER J. JOHNSTON |
|  | JUSTIN M. SCHMIDT |
|  | Attorneys for Defendant |
|  | MENZIES AVIATION (USA) INC. |

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

NOTICE OF FILING OF STATE COURT FILE FOLLOWING REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. SECTION 1441
Case No. 2:23-cv-07585

- 2 -