1  Jennifer J. Johnston (State Bar No.: 125737)
   Email: jjohnston@condonlaw.com
2  Justin M. Schmidt (State Bar No.: 309656)
   Email: jschmidt@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 1050
4  Los Angeles, California 90067
   Telephone: (310) 557-2030
5  Facsimile:  (310) 557-1299

6  Attorneys for Defendant
   MENZIES AVIATION (USA) INC.
7

8              UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 | LI ZHANG, an Individual;            ) Case No. 2:23-cv-07585
   | CHIA JOU LEE, an Individual,        )
12 |                                     ) **NOTICE TO ADVERSE PARTY**
   |              Plaintiff,             ) **OF FILING OF NOTICE OF**
13 |                                     ) **REMOVAL OF CIVIL ACTION**
   |       vs.                           ) **TO UNITED STATES DISTRICT**
14 |                                     ) **COURT**
   | MENZIES AVIATION (USA) INC., a      )
15 | Corporation and DOES 1 through 50,  )
   | Inclusive,                          )
16 |                                     )
   |              Defendants.            )
17 |                                     )
   |                                     )
18 |_____)

19 TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

20      PLEASE TAKE NOTICE THAT defendant Menzies Aviation (USA) Inc.

21 (hereinafter "Menzies"), has filed in the United States District Court for the Central

22 District of California its Notice of Removal of Civil Action to the United States

23 District Court, a copy of which is attached hereto as Exhibit "A," along with its

24 Notice of Interested Parties and Notice of Filing of State Court File Following

25 Removal of Civil Action, copies of which are attached hereto as Exhibit "B" and

26 Exhibit "C," respectively.

27

28

| | | |
|---|---|---|
| 1 | Dated: September 14, 2023 | CONDON & FORSYTH LLP |
| 2 | | |
| 3 | | By: /s/ *Jennifer J. Johnston* |
| 4 | | JENNIFER J. JOHNSTON<br>JUSTIN M. SCHMIDT |
| 5 | | Attorneys for Defendant<br>MENZIES AVIATION (USA) INC. |

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

NOTICE TO ADVERSE PARTY OF FILING OF
NOTICE OF REMOVAL OF CIVIL ACTION TO
UNITED STATES DISTRICT COURT
CASE NO.: 2:23-cv-07585

- 2 -