# EXHIBIT A

1  Jennifer J. Johnston (State Bar No.: 125737)
   Email: jjohnston@condonlaw.com
2  Justin M. Schmidt (State Bar No.: 309656)
   Email: jschmidt@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 1050
4  Los Angeles, California 90067
   Telephone: (310) 557-2030
5  Facsimile: (310) 557-1299

6  Attorneys for Defendant
   MENZIES AVIATION (USA) INC.
7

8                UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 LI ZHANG, an Individual;              )  Case No.
   CHIA JOU LEE, an Individual,          )
12                                        )  **NOTICE OF REMOVAL OF**
            Plaintiff,                    )  **CIVIL ACTION PURSUANT TO**
13                                        )  **28 U.S.C. § 1441 ON THE**
        vs.                               )  **GROUNDS OF DIVERSITY OF**
14                                        )  **CITIZENSHIP UNDER 28 U.S.C. §**
   MENZIES AVIATION (USA) INC., a        )  **1332**
15 Corporation and DOES 1 through 50,    )
   Inclusive,                            )
16                                        )
            Defendants.                   )
17                                        )
                                          )
18 _____)

19 TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

20 CENTRAL DISTRICT OF CALIFORNIA:

21        Defendant Menzies Aviation (USA) Inc. (hereinafter "Menzies"), by and

22 through its attorneys of record, Condon & Forsyth LLP, hereby removes this

23 pending action from the Superior Court of the State of California for the County of

24 Los Angeles to the United States District Court for the Central District of

25 California on the following grounds:

26        1.    On August 8, 2023, there was filed in the Superior Court of the State

27 of California for the County of Los Angeles the attached Complaint bearing Case

28 No.: 23TRCV02576 in the records and files of that court. A true and correct copy

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

1  of the Complaint filed in the state court is attached as Exhibit "A.".

2      2.      Menzies was served with copies of the Summons and Complaint on

3  August 14, 2023, via its registered agent for service, CSC Lawyers Incorporating

4  Service.  Thus, the thirty (30) day time period for removal provided in 28 U.S.C. §

5  1446(b) has not yet elapsed.

6      3.      This is a civil action by plaintiffs Li Zhang and Chia Jou Lee

7  (hereinafter referred to as "Plaintiffs") against Menzies seeking damages for

8  personal injuries plaintiff Li Zhang claims he sustained on May 10, 2022, when he

9  attempted to lock a container in his truck trailer and a heavy material allegedly

10 dropped from a forklift onto his finger, causing him to undergo a surgical

11 amputation of his right index finger (the "Incident").  *See* Plaintiff's Complaint

12 ["Compl."], Ex. A, pp. 1-2, ¶¶ 1-4.  Plaintiff Chia Jou Lee alleges she is the lawful

13 spouse of plaintiff Li Zhang and is alleging a loss of consortium claim.  *Id.*  pp. 4-

14 5, ¶¶ 2-4 [sic] and 19.

15     4.      This is a civil action over which this Court has original jurisdiction

16 based on the existence of diversity of citizenship between the parties pursuant to 28

17 U.S.C. § 1332, and is one which may be removed to this Court by Menzies

18 pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action

19 wherein the matter in controversy exceeds the sum or value of $75,000, exclusive

20 of interest and costs, and is between citizens of a State and a citizen of a different

21 State.

22     5.      Plaintiffs Li Zhang and Chia Jou Lee are residents and citizens of the

23 State of California for the purposes of 28 U.S.C. § 1332.  *See* Compl., Ex. A, p. 2,

24 ¶¶ 6-7.

25     6.      Menzies is not now and never has been a resident or citizen of the

26 State of California.  Menzies is now and was at all times relevant to this action a

27 corporation organized and existing under the laws of the State of Delaware, with

28 its principal place of business located in Fort Worth, Texas**.**

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

7. Defendants identified as "DOES 1 through 50" in Plaintiffs' Complaint are merely fictitious parties against whom no cause of action can be validly alleged. To the best of Menzies' information and belief, no fictitiously designated defendant has been served with process. The citizenship of defendants sued under fictitious names, therefore, must be disregarded pursuant to 28 U.S.C. § 1441(b)(1).

8. Plaintiffs allege damages for personal injury and loss of consortium against Menzies. *See* Compl., Ex. A. Because § 425.10 (b) of the California Code of Civil Procedure prevents a plaintiff in an action for personal injury from claiming a specific dollar amount of actual damages in the complaint, Plaintiffs' Complaint does not specify the amount of damages they attribute to any personal injury.

9. However, the failure of the complaint to allege the total amount of monetary relief sought by Plaintiffs does not deprive this Court of jurisdiction. *See e.g., White v. JC Penny Life Ins. Co*., 861 F. Supp. 25, 26 (S.D. W. Va. 1994). Menzies need only establish by a preponderance of the evidence that Plaintiffs' claims exceed the jurisdictional minimum (*see Sanchez v. Monumental Life Ins, Co*., 102 F. 3d 398, 404 (9th Cir. 1996)), and for purposes of considering the amount at issue, the Court must presume that Plaintiffs will prevail on each and every one of their claims. *See Snyder v. Harris*, 394 U.S. 332, 225 (1969).

10. The preponderance of the evidence here establishes that Plaintiffs are seeking damages in excess of $75,000. Plaintiffs allege that, as a result of the Incident, plaintiff Li Zhang suffered catastrophic, life-altering injuries and the injuries have caused, and continue to cause, great physical, mental, and nervous pain and suffering. *See* Compl., Ex. A. pp. 3-4, ¶ 15. Plaintiff Li Zhang also alleges that as a result of the Incident, he employed the services of hospitals, physicians, surgeons, nurses and the like to care for and treat him, and hospital, medical, professional, and incidental expenses were incurred. *Id at* p. 4, ¶ 16.

NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO
28 U.S.C. § 1441 ON THE GROUNDS OF DIVERSITY OF
CITIZENSHIP UNDER 28 U.S.C. § 1332

- 3 -

1   Plaintiff Li Zhang further alleges that he has incurred economic losses and lost

2   earnings, earning capacity, and property damage. *Id at* p. 4, ¶¶ 17-18.   In addition,

3   plaintiff Chia Jou Lee is alleging that, as a result of plaintiff Li Zhang's injuries, he

4   has been unable to perform the duties of a husband and will be unable to perform

5   these duties in the future. *Id at* p. 5, ¶ 19.

6       11.    Accordingly, this action may be removed to this Court pursuant to the

7   provisions of 28 U.S.C. § 1332, as there is complete diversity of citizenship

8   between the parties and the matter in controversy exceeds the sum or value of

9   $75,000, exclusive of interest and costs.

10      WHEREFORE, defendant Menzies prays that the above-entitled action now

11  pending in the Superior Court of California for the County of Los Angeles, be

12  removed to this Court.

13

14  Dated: September 12, 2023            CONDON & FORSYTH LLP

15

16                                       By: _____
                                             JENNIFER J. JOHNSTON
17                                           JUSTIN M. SCHMIDT
                                             Attorneys for Defendant
18                                           MENZIES AVIATION (USA) INC.

19

20

21

22

23

24

25

26

27

28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

# EXHIBIT A

Electronically FILED by
Superior Court of California,
County of Los Angeles
8/08/2023 1:05 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By J. Williams, Deputy Clerk

PANISH | SHEA | BOYLE | RAVIPUDI LLP
ROBERT S. GLASSMAN, State Bar No. 269816
  *rglassman@psbr.law*
JONATHAN H. DAVIDI, State Bar No. 323761
  *jdavidi@psbr.law*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

KOHAN-SEDGH LAW FIRM
SASAN KOHAN, State Bar No. 205464
  *samslaw6@gmail.com*
12121 Wilshire Boulevard, Suite 1111
Los Angeles, California 90025
Telephone: 310.954.8888
Facsimile: 310.954.8880

Attorneys for Plaintiffs

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, SOUTHWEST DISTRICT

| | |
|---|---|
| LI ZHANG, an Individual; CHIA JOU LEE, an Individual, <br><br> Plaintiffs, <br><br> v. <br><br> MENZIES AVIATION (USA) INC., a Corporation and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No. 23TRCV02576 <br><br> **COMPLAINT FOR DAMAGES:** <br><br> 1. **NEGLIGENCE** <br> 2. **LOSS OF CONSORTIUM** <br><br> **DEMAND FOR JURY TRIAL** |

COME NOW Plaintiffs, LI ZHANG, an Individual, and CHIA JOU LEE, an Individual, hereafter referred to as ("Plaintiffs") for causes of action against Defendants, MENZIES AVIATION (USA) INC., and DOES 1 through 50, who complain and allege as follows:

## GENERAL ALLEGATIONS

1. On the morning of May 10, 2022, Plaintiff Li Zhang attempted to lock a container when a heavy materials dropped from a forklift onto his finger, causing Plaintiff to undergo a

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

PANISH | SHEA | BOYLE | RAVIPUDI LLP
psbrlaw.com

1  surgical amputation.

2      2.    Plaintiff Zhang was a truck driver picking up a load of materials from Menzies

3  Aviation (USA) Inc. ("Menzies Aviation") in Los Angeles, California.  Plaintiff arrived at

4  Menzies, reversed his trailer into the loading dock, and prepared to receive the shipment.

5      3.    DOE 1, a Menzies Aviation employee, began loading materials into the trailer with

6  a forklift.  When DOE 1 was nearly finished loading the materials into the trailer, Plaintiff entered

7  the trailer to securely lock the materials into place.  Plaintiff requested DOE 1 lift the materials

8  with his forklift so that Plaintiff can lock the materials into place.  DOE 1 was supposed to wait

9  for Plaintiff's signal before lowering the heavy materials. Instead, DOE 1 dropped the heavy

10  materials onto Plaintiff's finger and caused Plaintiff's injuries.

11      4.    Plaintiff Zhang was critically injured and required amputation of his right index

12  finger.

13      5.    Plaintiffs are informed and believes, and thereon alleges, that at all times herein

14  mentioned, Defendant, MENZIES AVIATION, and DOES 1 through 50, inclusive, owned, leased,

15  managed, maintained, controlled, entrusted, and operated the premises and machinery.

16      6.    Plaintiff Li Zhang, at all times relevant herein, was a resident of El Monte,

17  California.

18      7.    Plaintiff Chia Jou Lee, at all times relevant herein, was a resident of El Monte,

19  California, and was the lawful spouse of Plaintiff Li Zhang.

20      8.    Plaintiffs are informed and believe, and thereon allege, that Defendant Menzies

21  Aviation is a California business entity authorized to do, and is doing, business in the State of

22  California.  Menzies Aviation is located in Los Angeles, California.

23      9.    The true names and capacities, whether individual, plural, corporate, partnership,

24  associate, or otherwise, of DOES 1 through 50, Inclusive, are unknown to Plaintiffs who therefore

25  sue said Defendants by such fictitious names.  The full extent of the facts linking such fictitiously

26  sued Defendants is unknown to Plaintiffs.  Plaintiffs are informed and believe, and thereon allege,

27  that each of the Defendants designated herein as a DOE was, and is, negligent, or in some other

28  actionable manner, responsible for the events and happenings hereinafter referred to, and thereby

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

PANISH | SHEA | BOYLE | RAVIPUDI LLP

psbrlaw.com

negligently, or in some other actionable manner, legally and proximately caused the hereinafter
described injuries and damages to Plaintiffs.  Plaintiffs will hereafter seek leave of the Court to
amend this Complaint to show the Defendants' true names and capacities after the same have been
ascertained.

10.     Plaintiffs are informed and believes, and thereon alleges, that at all times
mentioned herein, Defendants, and each of them, including DOES 1 through 50, Inclusive, and
each of them, were agents, servants, employees, successors in interest, and/or joint venturers of
their co-Defendants, and were, as such, acting within the course, scope, and authority of said
agency, employment, and/or venture, and that each and every Defendant, as aforesaid, when
acting as a principal, was negligent in the selection and hiring of each and every other defendant
as an agent, servant, employee, successor in interest, and/or joint venturer.

## FIRST CAUSE OF ACTION

### (Negligence by Plaintiff LI ZHANG Against All Defendants)

11.     Plaintiff re-alleges and incorporates herein by reference each and every allegation
and statement contained in the prior paragraphs.

12.     Defendants MENZIES AVIATION, and DOES 1 through 50, inclusive, owed a
duty of care to all reasonably foreseeable people, including Plaintiff LI ZHANG, to own, lease,
manage, maintain, control, entrust and operate the subject forklift in a reasonable manner.

13.     At all times mentioned herein, Defendants MENZIES AVIATION and DOES 1
through 50, inclusive, carelessly, negligently, and recklessly owned, leased, managed, maintained,
controlled, entrusted, and operated the subject forklift so as to directly, legally, and proximately
cause materials to drop from the subject forklift and onto Plaintiff LI ZHANG's person.

14.     Defendants MENZIES AVIATION, and DOES 1 through 50, inclusive, through
their careless, negligent, reckless and unlawful conduct in regards to the ownership, lease,
management, maintenance, control, entrustment and operation of the subject forklift were each of
them the direct, legal and proximate cause of the injuries and damages to Plaintiff LI ZHANG as
herein alleged.

15.     As a direct and proximate result of the aforementioned conduct of Defendants

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

MENZIES AVIATION, and DOES 1 through 50, inclusive, Plaintiff LI ZHANG suffered catastrophic, life-altering injuries to their health, strength, and activity. Plaintiff LI ZHANG's injuries have caused, and continue to cause, great physical, mental, and nervous pain and suffering. Plaintiff is further informed and believes, and thereon alleges that the general damages to said injuries will result in an amount which will be stated according to proof, pursuant to California Code of Civil Procedure Section 425.10.

16. As a direct and proximate result of the aforementioned conduct Defendants MENZIES AVIATION, and DOES 1 through 50, inclusive, Plaintiff LI ZHANG employed the services of hospitals, physicians, surgeons, nurses, and the like to care for and treat Plaintiff LI ZHANG, and hospital, medical, professional, and incidental expenses were incurred, of which the exact amount will be stated according to proof, pursuant to California Code of Civil Procedure Section 425.10.

17. As a direct and proximate result of the aforementioned conduct of Defendants MENZIES AVIATION, and DOES 1 through 50, inclusive, Plaintiff LI ZHANG has incurred economic losses in an amount to be stated according to proof.

18. As a direct and proximate result of the aforementioned conduct of Defendants MENZIES AVIATION, and DOES 1 through 50, inclusive, Plaintiff LI ZHANG suffered lost earnings, earning capacity, and property damages, the exact amount of such losses to be stated according to proof, pursuant to California Code of Civil Procedure Section 425.10.

## SECOND CAUSE OF ACTION

### (Loss of Consortium by Plaintiff CHIA JOU LEE Against All Defendants)

1. Plaintiff re-alleges and incorporate herein by reference each and every allegation and statement contained in the prior paragraphs.

2. Plaintiff LI ZHANG is, and at all relevant times was, the legal spouse of Plaintiff CHIA JOU LEE.

3. As a direct and proximate result of Defendants MENZIES AVIATION and DOES 1 through 50, inclusive, negligent conduct as alleged herein, Plaintiff CHIA JOU LEE's spouse suffered severe injury that is permanent in nature and debilitating.

4

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

4.      Before suffering these injuries, Plaintiff CHIA JOU LEE's spouse was able to and did perform the duties of a husband, including assisting in maintaining the home, and providing love, companionship, affection, society, sexual relations, moral support, and solace to Plaintiff CHIA JOU LEE.

19.      As a direct and proximate result of Defendants MENZIES AVIATION and DOES 1 through 50, inclusive, negligent conduct as alleged herein and Plaintiff LI ZHANG's injuries, Plaintiff CHIA JOU LEE's spouse has been unable to perform the duties of a husband.  Because of the permanent nature his injuries, Plaintiff CHIA JOU LEE is informed and believes that her spouse will be unable to perform these duties in the future.  As a result, Plaintiff CHIA JOU LEE has incurred and will continue to incur special and general damages.  The exact amount of such losses will be stated according to proof pursuance to California *Code of Civil Procedure*, Section 425.10.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs LI ZHANG and CHIA JOU LEE pray judgment against Defendants MENZIES AVIATION, and DOES 1 through 50 as follows:

1.      For general damages (also known as non-economic damages), including but not limited to, past and future pain and suffering for the physical, mental, and emotional distress damages suffered by Plaintiffs, in an amount in excess of the jurisdictional minimum, according to proof against Defendants;

2.      For special damages (also known as economic damages), including but not limited to past and future hospital, medical, professional, and incidental expenses as well as past and future loss of earnings, loss of opportunity, and loss of earning capacity, in excess of the jurisdictional minimum, according to proof against Defendants;

3.      For hospital, medical, professional, and incidental expenses suffered by Plaintiff, according to proof against Defendants;

4.      For prejudgment interest, according to proof;

5.      For pre-trial interest, according to proof; and

6.      For such other and further relief as this Court may deem just and proper against

PANISH | SHEA | BOYLE | RAVIPUDI LLP

psbrlaw.com

Defendant.

7.     As to Plaintiff CHIA JOU LEE, for general damages for loss of love, affection, care, society, service, comfort, support, right to support, companionship, solace or moral support, expectations of future support and counseling, and in the case of Plaintiff CHIA JOU LEE, all to her respective non-economic damages, as well as other benefits and assistance of Plaintiff LI ZHANG, which will be stated according to proof, and beyond the jurisdictional minimum of this Court; in a sum within the jurisdiction of this Court and which will be established according to proof at trial.

DATED: August 7, 2023          PANISH | SHEA | BOYLE | RAVIPUDI LLP

By: _____
    Robert S. Glassman
    Jonathan H. Davidi
    Attorneys for Plaintiffs

## **DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a trial by jury as to all causes of action.

DATED:  August 7, 2023          PANISH | SHEA | BOYLE | RAVIPUDI LLP

By: _____
    Robert S. Glassman
    Jonathan H. Davidi
    Attorneys for Plaintiffs

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

Jennifer J. Johnston (State Bar No.: 125737)
Email: jjohnston@condonlaw.com
Justin M. Schmidt (State Bar No.: 309656)
Email: jschmidt@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

Attorneys for Defendant
MENZIES AVIATION (USA) INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LI ZHANG, an Individual; CHIA JOU LEE, an Individual, | Case No. 2:23-cv-7585 |
| Plaintiff, | **NOTICE OF ERRATA OF DEFENDANT MENZIES AVIATION (USA) INC.** |
| vs. | |
| MENZIES AVIATION (USA) INC., a Corporation and DOES 1 through 50, Inclusive, | |
| Defendants. | |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that Document 1, Notice of Removal, e-filed on

September 12, 2023, in this case, was mistakenly filed omitting the attorney

signature. Attorney for Defendant Menzies Aviation (USA) Inc. hereby submits

this errata and refiles the Notice of Removal affixing the attorney signature.

1  Dated: September 12, 2023           CONDON & FORSYTH LLP

2

3                                   By: _/s/ *Jennifer J. Johnston*_____

4                                      JENNIFER J. JOHNSTON
                                    JUSTIN M. SCHMIDT

5                                      Attorneys for Defendant
                                    MENZIES AVIATION (USA) INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

NOTICE OF ERRATA OF DEFENDANT
MENZIES AVIATION (USA) INC.

- 2 -

1   Jennifer J. Johnston (State Bar No.: 125737)
    Email: jjohnston@condonlaw.com
2   Justin M. Schmidt (State Bar No.: 309656)
    Email: jschmidt@condonlaw.com
3   CONDON & FORSYTH LLP
    1901 Avenue of the Stars, Suite 1050
4   Los Angeles, California 90067
    Telephone: (310) 557-2030
5   Facsimile: (310) 557-1299

6   Attorneys for Defendant
    MENZIES AVIATION (USA) INC.
7

8               UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   LI ZHANG, an Individual;<br>CHIA JOU LEE, an Individual, | Case No. |
| 12           Plaintiff, | **NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. § 1441 ON THE GROUNDS OF DIVERSITY OF CITIZENSHIP UNDER 28 U.S.C. § 1332** |
| 13       vs. | |
| 14 | |
| 15   MENZIES AVIATION (USA) INC., a<br>Corporation and DOES 1 through 50,<br>Inclusive, | |
| 16 | |
| 17           Defendants. | |
| 18 | |

19   TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

20   CENTRAL DISTRICT OF CALIFORNIA:

21       Defendant Menzies Aviation (USA) Inc. (hereinafter "Menzies"), by and

22   through its attorneys of record, Condon & Forsyth LLP, hereby removes this

23   pending action from the Superior Court of the State of California for the County of

24   Los Angeles to the United States District Court for the Central District of

25   California on the following grounds:

26       1.      On August 8, 2023, there was filed in the Superior Court of the State

27   of California for the County of Los Angeles the attached Complaint bearing Case

28   No.: 23TRCV02576 in the records and files of that court. A true and correct copy

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

1    of the Complaint filed in the state court is attached as Exhibit "A.".

2        2.    Menzies was served with copies of the Summons and Complaint on

3    August 14, 2023, via its registered agent for service, CSC Lawyers Incorporating

4    Service.  Thus, the thirty (30) day time period for removal provided in 28 U.S.C. §

5    1446(b) has not yet elapsed.

6        3.    This is a civil action by plaintiffs Li Zhang and Chia Jou Lee

7    (hereinafter referred to as "Plaintiffs") against Menzies seeking damages for

8    personal injuries plaintiff Li Zhang claims he sustained on May 10, 2022, when he

9    attempted to lock a container in his truck trailer and a heavy material allegedly

10   dropped from a forklift onto his finger, causing him to undergo a surgical

11   amputation of his right index finger (the "Incident").  *See* Plaintiff's Complaint

12   ["Compl."], Ex. A, pp. 1-2, ¶¶ 1-4.  Plaintiff Chia Jou Lee alleges she is the lawful

13   spouse of plaintiff Li Zhang and is alleging a loss of consortium claim.  *Id.*  pp. 4-

14   5, ¶¶ 2-4 [sic] and 19.

15       4.    This is a civil action over which this Court has original jurisdiction

16   based on the existence of diversity of citizenship between the parties pursuant to 28

17   U.S.C. § 1332, and is one which may be removed to this Court by Menzies

18   pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action

19   wherein the matter in controversy exceeds the sum or value of $75,000, exclusive

20   of interest and costs, and is between citizens of a State and a citizen of a different

21   State.

22       5.    Plaintiffs Li Zhang and Chia Jou Lee are residents and citizens of the

23   State of California for the purposes of 28 U.S.C. § 1332.  *See* Compl., Ex. A, p. 2,

24   ¶¶ 6-7.

25       6.    Menzies is not now and never has been a resident or citizen of the

26   State of California.  Menzies is now and was at all times relevant to this action a

27   corporation organized and existing under the laws of the State of Delaware, with

28   its principal place of business located in Fort Worth, Texas**.**

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

7.      Defendants identified as "DOES 1 through 50" in Plaintiffs' Complaint are merely fictitious parties against whom no cause of action can be validly alleged.  To the best of Menzies' information and belief, no fictitiously designated defendant has been served with process. The citizenship of defendants sued under fictitious names, therefore, must be disregarded pursuant to 28 U.S.C. § 1441(b)(1).

8.      Plaintiffs allege damages for personal injury and loss of consortium against Menzies.  *See* Compl., Ex. A.  Because § 425.10 (b) of the California Code of Civil Procedure prevents a plaintiff in an action for personal injury from claiming a specific dollar amount of actual damages in the complaint, Plaintiffs' Complaint does not specify the amount of damages they attribute to any personal injury.

9.      However, the failure of the complaint to allege the total amount of monetary relief sought by Plaintiffs does not deprive this Court of jurisdiction.  *See e.g., White v. JC Penny Life Ins. Co*., 861 F. Supp. 25, 26 (S.D. W. Va. 1994). Menzies need only establish by a preponderance of the evidence that Plaintiffs' claims exceed the jurisdictional minimum (*see Sanchez v. Monumental Life Ins, Co*., 102 F. 3d 398, 404 (9th Cir. 1996)), and for purposes of considering the amount at issue, the Court must presume that Plaintiffs will prevail on each and every one of their claims.  *See Snyder v. Harris*, 394 U.S. 332, 225 (1969).

10.     The preponderance of the evidence here establishes that Plaintiffs are seeking damages in excess of $75,000.  Plaintiffs allege that, as a result of the Incident, plaintiff Li Zhang suffered catastrophic, life-altering injuries and the injuries have caused, and continue to cause, great physical, mental, and nervous pain and suffering. *See* Compl., Ex. A. pp. 3-4, ¶ 15.   Plaintiff Li Zhang also alleges that as a result of the Incident, he employed the services of hospitals, physicians, surgeons, nurses and the like to care for and treat him, and hospital, medical, professional, and incidental expenses were incurred. *Id at* p. 4, ¶ 16.

NOTICE OF REMOVAL OF CIVIL ACTION PURSUANT TO
28 U.S.C. § 1441 ON THE GROUNDS OF DIVERSITY OF
CITIZENSHIP UNDER 28 U.S.C. § 1332

- 3 -

Plaintiff Li Zhang further alleges that he has incurred economic losses and lost earnings, earning capacity, and property damage. *Id at* p. 4, ¶¶ 17-18. In addition, plaintiff Chia Jou Lee is alleging that, as a result of plaintiff Li Zhang's injuries, he has been unable to perform the duties of a husband and will be unable to perform these duties in the future. *Id at* p. 5, ¶ 19.

11. Accordingly, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1332, as there is complete diversity of citizenship between the parties and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

WHEREFORE, defendant Menzies prays that the above-entitled action now pending in the Superior Court of California for the County of Los Angeles, be removed to this Court.

Dated: September 13, 2023                    CONDON & FORSYTH LLP


By: /s/ *Jennifer J. Johnston*
JENNIFER J. JOHNSTON
JUSTIN M. SCHMIDT
Attorneys for Defendant
MENZIES AVIATION (USA) INC.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

# EXHIBIT A

PANISH | SHEA | BOYLE | RAVIPUDI LLP
ROBERT S. GLASSMAN, State Bar No. 269816
   *rglassman@psbr.law*
JONATHAN H. DAVIDI, State Bar No. 323761
   *jdavidi@psbr.law*
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

KOHAN-SEDGH LAW FIRM
SASAN KOHAN, State Bar No. 205464
   *samslaw6@gmail.com*
12121 Wilshire Boulevard, Suite 1111
Los Angeles, California 90025
Telephone: 310.954.8888
Facsimile: 310.954.8880

Attorneys for Plaintiffs

Electronically FILED by
Superior Court of California,
County of Los Angeles
8/08/2023 1:05 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By J. Williams, Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES, SOUTHWEST DISTRICT

LI ZHANG, an Individual;
CHIA JOU LEE, an Individual,

        Plaintiffs,

    v.

MENZIES AVIATION (USA) INC., a
Corporation and DOES 1 through 50,
Inclusive,

        Defendants.

Case No. 23TRCV02576

**COMPLAINT FOR DAMAGES:**

   1.  **NEGLIGENCE**
   2.  **LOSS OF CONSORTIUM**

**DEMAND FOR JURY TRIAL**

COME NOW Plaintiffs, LI ZHANG, an Individual, and CHIA JOU LEE, an Individual, hereafter referred to as ("Plaintiffs") for causes of action against Defendants, MENZIES AVIATION (USA) INC., and DOES 1 through 50, who complain and allege as follows:

### GENERAL ALLEGATIONS

1.      On the morning of May 10, 2022, Plaintiff Li Zhang attempted to lock a container when a heavy materials dropped from a forklift onto his finger, causing Plaintiff to undergo a

PANISH | SHEA | BOYLE | RAVIPUDI LLP

psbrlaw.com

1  surgical amputation.

2      2.      Plaintiff Zhang was a truck driver picking up a load of materials from Menzies

3  Aviation (USA) Inc. ("Menzies Aviation") in Los Angeles, California.  Plaintiff arrived at

4  Menzies, reversed his trailer into the loading dock, and prepared to receive the shipment.

5      3.      DOE 1, a Menzies Aviation employee, began loading materials into the trailer with

6  a forklift.  When DOE 1 was nearly finished loading the materials into the trailer, Plaintiff entered

7  the trailer to securely lock the materials into place.  Plaintiff requested DOE 1 lift the materials

8  with his forklift so that Plaintiff can lock the materials into place.  DOE 1 was supposed to wait

9  for Plaintiff's signal before lowering the heavy materials. Instead, DOE 1 dropped the heavy

10  materials onto Plaintiff's finger and caused Plaintiff's injuries.

11      4.      Plaintiff Zhang was critically injured and required amputation of his right index

12  finger.

13      5.      Plaintiffs are informed and believes, and thereon alleges, that at all times herein

14  mentioned, Defendant, MENZIES AVIATION, and DOES 1 through 50, inclusive, owned, leased,

15  managed, maintained, controlled, entrusted, and operated the premises and machinery.

16      6.      Plaintiff Li Zhang, at all times relevant herein, was a resident of El Monte,

17  California.

18      7.      Plaintiff Chia Jou Lee, at all times relevant herein, was a resident of El Monte,

19  California, and was the lawful spouse of Plaintiff Li Zhang.

20      8.      Plaintiffs are informed and believe, and thereon allege, that Defendant Menzies

21  Aviation is a California business entity authorized to do, and is doing, business in the State of

22  California.  Menzies Aviation is located in Los Angeles, California.

23      9.      The true names and capacities, whether individual, plural, corporate, partnership,

24  associate, or otherwise, of DOES 1 through 50, Inclusive, are unknown to Plaintiffs who therefore

25  sue said Defendants by such fictitious names.  The full extent of the facts linking such fictitiously

26  sued Defendants is unknown to Plaintiffs.  Plaintiffs are informed and believe, and thereon allege,

27  that each of the Defendants designated herein as a DOE was, and is, negligent, or in some other

28  actionable manner, responsible for the events and happenings hereinafter referred to, and thereby

PANISH | SHEA | BOYLE | RAVIPUDI LLP

psbrlaw.com

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

1  negligently, or in some other actionable manner, legally and proximately caused the hereinafter

2  described injuries and damages to Plaintiffs.  Plaintiffs will hereafter seek leave of the Court to

3  amend this Complaint to show the Defendants' true names and capacities after the same have been

4  ascertained.

5        10.    Plaintiffs are informed and believes, and thereon alleges, that at all times

6  mentioned herein, Defendants, and each of them, including DOES 1 through 50, Inclusive, and

7  each of them, were agents, servants, employees, successors in interest, and/or joint venturers of

8  their co-Defendants, and were, as such, acting within the course, scope, and authority of said

9  agency, employment, and/or venture, and that each and every Defendant, as aforesaid, when

10  acting as a principal, was negligent in the selection and hiring of each and every other defendant

11  as an agent, servant, employee, successor in interest, and/or joint venturer.

12        **<u>FIRST CAUSE OF ACTION</u>**

13  **(Negligence by Plaintiff LI ZHANG Against All Defendants)**

14        11.    Plaintiff re-alleges and incorporates herein by reference each and every allegation

15  and statement contained in the prior paragraphs.

16        12.    Defendants MENZIES AVIATION, and DOES 1 through 50, inclusive, owed a

17  duty of care to all reasonably foreseeable people, including Plaintiff LI ZHANG, to own, lease,

18  manage, maintain, control, entrust and operate the subject forklift in a reasonable manner.

19        13.    At all times mentioned herein, Defendants MENZIES AVIATION and DOES 1

20  through 50, inclusive, carelessly, negligently, and recklessly owned, leased, managed, maintained,

21  controlled, entrusted, and operated the subject forklift so as to directly, legally, and proximately

22  cause materials to drop from the subject forklift and onto Plaintiff LI ZHANG's person.

23        14.    Defendants MENZIES AVIATION, and DOES 1 through 50, inclusive, through

24  their careless, negligent, reckless and unlawful conduct in regards to the ownership, lease,

25  management, maintenance, control, entrustment and operation of the subject forklift were each of

26  them the direct, legal and proximate cause of the injuries and damages to Plaintiff LI ZHANG as

27  herein alleged.

28        15.    As a direct and proximate result of the aforementioned conduct of Defendants

PANISH | SHEA | BOYLE | RAVIPUDI LLP

psbrlaw.com

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

MENZIES AVIATION, and DOES 1 through 50, inclusive, Plaintiff LI ZHANG suffered catastrophic, life-altering injuries to their health, strength, and activity. Plaintiff LI ZHANG's injuries have caused, and continue to cause, great physical, mental, and nervous pain and suffering. Plaintiff is further informed and believes, and thereon alleges that the general damages to said injuries will result in an amount which will be stated according to proof, pursuant to California Code of Civil Procedure Section 425.10.

16.     As a direct and proximate result of the aforementioned conduct Defendants MENZIES AVIATION, and DOES 1 through 50, inclusive, Plaintiff LI ZHANG employed the services of hospitals, physicians, surgeons, nurses, and the like to care for and treat Plaintiff LI ZHANG, and hospital, medical, professional, and incidental expenses were incurred, of which the exact amount will be stated according to proof, pursuant to California Code of Civil Procedure Section 425.10.

17.     As a direct and proximate result of the aforementioned conduct of Defendants MENZIES AVIATION, and DOES 1 through 50, inclusive, Plaintiff LI ZHANG has incurred economic losses in an amount to be stated according to proof.

18.     As a direct and proximate result of the aforementioned conduct of Defendants MENZIES AVIATION, and DOES 1 through 50, inclusive, Plaintiff LI ZHANG suffered lost earnings, earning capacity, and property damages, the exact amount of such losses to be stated according to proof, pursuant to California Code of Civil Procedure Section 425.10.

## SECOND CAUSE OF ACTION

### (Loss of Consortium by Plaintiff CHIA JOU LEE Against All Defendants)

1.     Plaintiff re-alleges and incorporate herein by reference each and every allegation and statement contained in the prior paragraphs.

2.     Plaintiff LI ZHANG is, and at all relevant times was, the legal spouse of Plaintiff CHIA JOU LEE.

3.     As a direct and proximate result of Defendants MENZIES AVIATION and DOES 1 through 50, inclusive, negligent conduct as alleged herein, Plaintiff CHIA JOU LEE's spouse suffered severe injury that is permanent in nature and debilitating.

PANISH | SHEA | BOYLE | RAVIPUDI LLP

psbrlaw.com

1    4.    Before suffering these injuries, Plaintiff CHIA JOU LEE's spouse was able to and

2    did perform the duties of a husband, including assisting in maintaining the home, and providing

3    love, companionship, affection, society, sexual relations, moral support, and solace to Plaintiff

4    CHIA JOU LEE.

5    19.    As a direct and proximate result of Defendants MENZIES AVIATION and DOES

6    1 through 50, inclusive, negligent conduct as alleged herein and Plaintiff LI ZHANG's injuries,

7    Plaintiff CHIA JOU LEE's spouse has been unable to perform the duties of a husband.  Because of

8    the permanent nature his injuries, Plaintiff CHIA JOU LEE is informed and believes that her

9    spouse will be unable to perform these duties in the future.  As a result, Plaintiff CHIA JOU LEE

10   has incurred and will continue to incur special and general damages.  The exact amount of such

11   losses will be stated according to proof pursuance to California *Code of Civil Procedure*, Section

12   425.10.

13                              **PRAYER FOR RELIEF**

14       WHEREFORE, Plaintiffs LI ZHANG and CHIA JOU LEE pray judgment against

15   Defendants MENZIES AVIATION, and DOES 1 through 50 as follows:

16   1.    For general damages (also known as non-economic damages), including but not

17   limited to, past and future pain and suffering for the physical, mental, and emotional distress

18   damages suffered by Plaintiffs, in an amount in excess of the jurisdictional minimum, according to

19   proof against Defendants;

20   2.    For special damages (also known as economic damages), including but not limited

21   to past and future hospital, medical, professional, and incidental expenses as well as past and

22   future loss of earnings, loss of opportunity, and loss of earning capacity, in excess of the

23   jurisdictional minimum, according to proof against Defendants;

24   3.    For hospital, medical, professional, and incidental expenses suffered by Plaintiff,

25   according to proof against Defendants;

26   4.    For prejudgment interest, according to proof;

27   5.    For pre-trial interest, according to proof; and

28   6.    For such other and further relief as this Court may deem just and proper against

5

COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL

PANISH | SHEA | BOYLE | RAVIPUDI LLP

psbrlaw.com

Defendant.

7. As to Plaintiff CHIA JOU LEE, for general damages for loss of love, affection, care, society, service, comfort, support, right to support, companionship, solace or moral support, expectations of future support and counseling, and in the case of Plaintiff CHIA JOU LEE, all to her respective non-economic damages, as well as other benefits and assistance of Plaintiff LI ZHANG, which will be stated according to proof, and beyond the jurisdictional minimum of this Court; in a sum within the jurisdiction of this Court and which will be established according to proof at trial.

DATED: August 7, 2023        PANISH | SHEA | BOYLE | RAVIPUDI LLP

By: _____
Robert S. Glassman
Jonathan H. Davidi
Attorneys for Plaintiffs

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury as to all causes of action.

DATED: August 7, 2023        PANISH | SHEA | BOYLE | RAVIPUDI LLP

By: _____
Robert S. Glassman
Jonathan H. Davidi
Attorneys for Plaintiffs