# EXHIBIT B

```
1  Jennifer J. Johnston (State Bar No.: 125737)
   Email: jjohnston@condonlaw.com
2  Justin M. Schmidt (State Bar No.: 309656)
   Email: jschmidt@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 1050
4  Los Angeles, California 90067
   Telephone: (310) 557-2030
5  Facsimile:  (310) 557-1299
6  Attorneys for Defendant
   MENZIES AVIATION (USA) INC.
7
```

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 LI ZHANG, an Individual;                )   Case No.
   CHIA JOU LEE, an Individual,            )
12                                         )   **NOTICE OF INTERESTED**
                Plaintiff,                 )   **PARTIES OF DEFENDANT**
13                                         )   **MENZIES AVIATION (USA) INC.**
         vs.                               )
14                                         )
   MENZIES AVIATION (USA) INC., a          )
15 Corporation and DOES 1 through 50,      )
   Inclusive,                              )
16                                         )
                Defendants.                )
17                                         )
                                           )
18 _____  )

19 TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

20 CENTRAL DISTRICT OF CALIFORNIA:

21            <u>CERTIFICATION AS TO INTERESTED PARTIES</u>

22       Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for

23 defendant Menzies Aviation (USA) Inc., certifies that the following listed parties

24 may have a pecuniary interest in the outcome of this case.  These representations

25 are made to enable the Court to evaluate possible disqualification or recusal.

26       1.   Menzies Aviation (USA) Inc. – defendant;

27       2.   John Menzies plc – parent company of defendant; and

28       3.   Various insurance underwriters in the international insurance market

---

NOTICE OF INTERESTED PARTIES OF
MENZIES AVIATION (USA) INC.

1  lead by Global Aerospace.
2      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure defendant
3  Menzies Aviation (USA) Inc. states that John Menzies plc is its parent company
4  and that no publicly held company owns 10% or more of its stock.
5      Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure defendant
6  Menzies Aviation (USA) Inc. states that it is a corporation that has been organized
7  and is existing under the laws of the State of Delaware with its principal place of
8  business located in Fort Worth, Texas.

Dated: September 12, 2023            CONDON & FORSYTH LLP

By: _____
JENNIFER J. JOHNSTON
JUSTIN M. SCHMIDT
Attorneys for Defendant
MENZIES AVIATION (USA) INC.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030