1  Jennifer J. Johnston (State Bar No.: 125737)
   Email: jjohnston@condonlaw.com
2  Justin M. Schmidt (State Bar No.: 309656)
   Email: jschmidt@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 1050
4  Los Angeles, California 90067
   Telephone: (310) 557-2030
5  Facsimile:  (310) 557-1299

6  Attorneys for Defendant
   MENZIES AVIATION (USA) INC.
7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11 | LI ZHANG, an Individual;            ) | Case No. 2:23-cv-07585
   | CHIA JOU LEE, an Individual,        )
12 |                                     ) | **PROOF OF SERVICE OF**
   |           Plaintiff,                ) | **NOTICE TO ADVERSE PARTY**
13 |                                     ) | **OF FILING OF NOTICE OF**
   |      vs.                            ) | **REMOVAL OF CIVIL ACTION**
14 |                                     ) | **TO UNITED STATES DISTRICT**
   | MENZIES AVIATION (USA) INC., a      ) | **COURT**
15 | Corporation and DOES 1 through 50,  )
   | Inclusive,                          )
16 |                                     )
   |           Defendants.               )
17 |                                     )
   |                                     )
18 |_____)

**PROOF OF SERVICE**

**STATE OF CALIFORNIA COUNTY OF LOS ANGELES**

I am a resident of the State of California, over the age of 18, and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 1050, Los Angeles, California 90067-6036. On September 14, 2023, I served the within documents:

**NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**

☐ **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set forth below

☒ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐ **(By Personal Service):** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

☐ **(By Electronic Service):** I caused the above-referenced document(s) to be e-mailed only to the person(s) at the email address(es) set forth below.

☐ **(By Overnight Courier):** I caused the above-referenced document(s) to be delivered by an overnight courier service to the person(s) at the address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

**(Federal):** I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 14, 2023, at Los Angeles, California.

_Cherlyn Hunt_
Cherlyn Hunt

PROOF OF SERVICE

# SERVICE LIST

**Li Zhang, an individual, et al. v. Menzies Aviation (USA) Inc., et al.**
**USDC Case No. 2:23-cv-07585**

| | |
|---|---|
| PANISH \| SHEA \| BOYLE \| RAVIPUDI LLP<br>ROBERT S. GLASSMAN, State Bar No. 269816<br>*rglassman@psbr.law*<br>JONATHAN H. DAVIDI, State Bar No. 323761<br>*jdavidi@psbr.law*<br>11111 Santa Monica Boulevard, Suite 700<br>Los Angeles, California 90025<br>Telephone: 310.477.1700<br>Facsimile: 310.477.1699 | Attorneys for Plaintiffs<br>Li Zhang and Chia Jou Lee |
| KOHAN-SEDGH LAW FIRM<br>SASAN KOHAN, State Bar No. 205464<br>*samslaw6@gmail.com*<br>12121 Wilshire Boulevard, Suite 1111<br>Los Angeles, California 90025<br>Telephone: 310.954.8888<br>Facsimile: 310.954.8880 | Attorneys for Plaintiffs<br>Li Zhang and Chia Jou Lee |