|   |   |
|---|---|
| 1 | Jennifer J. Johnston (State Bar No.: 125737) |
|   | Email: jjohnston@condonlaw.com |
| 2 | Justin M. Schmidt (State Bar No.: 309656) |
|   | Email: jschmidt@condonlaw.com |
| 3 | CONDON & FORSYTH LLP |
|   | 1901 Avenue of the Stars, Suite 1050 |
| 4 | Los Angeles, California 90067 |
|   | Telephone: (310) 557-2030 |
| 5 | Facsimile:  (310) 557-1299 |

Attorneys for Defendant
MENZIES AVIATION (USA) INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LI ZHANG, an Individual; CHIA JOU LEE, an Individual, | ) ) ) | Case No. 2:23-cv-07585-PA (AGRx) |
|---|---|---|
| Plaintiff, | ) ) ) | **NOTICE OF ERRATA OF DEFENDANT MENZIES AVIATION (USA) INC.** |
| vs. | ) ) | |
| MENZIES AVIATION (USA) INC., a Corporation and DOES 1 through 50, Inclusive, | ) ) ) ) | |
| Defendants. | ) ) ) | |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

    PLEASE TAKE NOTICE that Document 16, General Denial and Affirmative Defenses of Defendant Menzies Aviation (USA) Inc. to Plaintiffs' Complaint for Damages, e-filed on September 18, 2023, was mistakenly filed with the incorrect title.  The attorneys for Defendant Menzies Aviation (USA) Inc. hereby submit this errata and refile the Answer and Affirmative Defenses of Defendant Menzies Aviation (USA) Inc. to Plaintiffs' Complaint for Damages with the correct title.

| | | |
|---|---|---|
| 1 | Dated: September 18, 2023 | CONDON & FORSYTH LLP |
| 2 | | |
| 3 | | By: /s/ *Jennifer J. Johnston* |
| 4 | | JENNIFER J. JOHNSTON<br>JUSTIN M. SCHMIDT |
| 5 | | Attorneys for Defendant<br>MENZIES AVIATION (USA) INC. |

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 1050
Los Angeles, California 90067-6036
Telephone: (310) 557-2030

NOTICE OF ERRATA OF DEFENDANT
MENZIES AVIATION (USA) INC.

- 2 -