

**United States District Court**
Central District of California
**Office of the Clerk**

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple St., Suite TS-134
Los Angeles, CA 90012

September 19, 2023

Superior Court of California
County of Los Angeles
One Regent Street
Inglewood CA 90301

Re:   Case Number: 2:23-cv-07585-PA-AGRX

Previously Superior Court Case No.: 23TRCV02576

Case Name: Li Zhang et al v. Menzies Aviation (USA) Inc. et al

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____September 19, 2023_____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below.  Thank you for your cooperation.

[✓] United States Courthouse
255 East Temple St., Suite TS-134
Los Angeles, CA 90012

[ ] United States Courthouse
411 West Fourth St., Room 1053
Santa Ana, CA 92701-4516

[ ] United States Courthouse
3470 Twelfth St., Room 134
Riverside, CA 92501

Respectfully,

Clerk, U. S. District Court

By: alison_bandek@cacd.uscourts.gov
Deputy Clerk

Encls.
cc: Counsel of record

Receipt is acknowledged of the documents described above.

SEP 1 7 2023

Clerk, Superior Court

By: _____
Deputy Clerk

_____
Date